# **Exhibit 1**

Gatestone & Co. International Inc.
1000 N. West St., Suite 1200
Wilmington, DE 19801

To Whom It May Concern:

My name is Margaret Cerrito. My cell phone number is 651-324-3963. You have been calling my cell phone. You do not have permission to call my cell phone. Do not call my cell phone.

Sincerely,

*Margaret Cerrito*
Margaret Cerrito

# **Exhibit 2**

English    Customer Service    USPS Mobile                                       Register / Sign In

# USPS.com

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70121010000059836825 | First-Class Mail® | Delivered | June 11, 2012, 12:19 pm | WILMINGTON, DE 19801 | Expected Delivery By: June 8, 2012<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | June 08, 2012, 8:47 am | WILMINGTON, DE 19801 | |
| | | Depart USPS Sort Facility | June 08, 2012 | WILMINGTON, DE 19850 | |
| | | Processed at USPS Origin Sort Facility | June 08, 2012, 1:35 am | WILMINGTON, DE 19850 | |
| | | Dispatched to Sort Facility | June 05, 2012, 5:38 pm | SAINT PAUL, MN 55104 | |
| | | Acceptance | June 05, 2012, 11:43 am | SAINT PAUL, MN 55104 | |

## Check on Another Item

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.