UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Margaret Cerrito, a/k/a Peggy Cerrito, | Civil No. 12-CV-01732 (ADM/JJG) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Gatestone & Co. International Inc., f/k/a Collectcorp Corporation, | |
| Defendant. | |

---

**THE UNDERSIGNED ATTORNEYS** hereby advise the Court that all remaining claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED** by and between all parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

**IT IS FURTHER STIPULATED** that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**MARSO AND MICHELSON, P.A.**

Dated: 8/27/12

By: s/Patrick L. Hayes
Patrick L. Hayes (#0389869)
Attorneys for Plaintiffs
3101 Irving Avenue South
Minneapolis, MN 55408
Phone: 612-821-4817
E-Mail: phayes@marsomichelson.com

**ERSTAD & RIEMER, P.A.**

Dated: 8/27/12

By: s/Thomas H. Schaefer
Thomas H. Schaefer (#0231587)
Attorneys for Defendant
8009 34th Avenue South, Suite 200
Minneapolis, MN 55425
Direct Line: 952-837-3250
Direct Fax: 952-767-7050
E-Mail: tschaefer@erstad.com