# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Margaret Cerrito, a/k/a Peggy Cerrito,                    Civil No. 12-01732 ADM/JJG

        Plaintiff,

v.                                                                            **ORDER**

Gatestone & Co. International Inc., f/k/a
Collectcorp Corporation,

        Defendant.

_____

The Stipulation, having been presented to the Court on behalf of the remaining parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby

is, dismissed with prejudice and on its merits and without costs or disbursements to any

party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:


_____s/Ann D. Montgomery_____
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  August 28, 2012.